1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    NICHOLAS CAPOUS,                          Case No.  13-cv-00358-DMR

            Plaintiff,
8
                                               **ORDER ON MOTION TO**
9        v.                                    **RECONSIDER**

10   UNITED STATES INTERNAL REVENUE            Dkt. No. 13
     SERVICE,
11          Defendant.

12          On February 13, 2013, the court granted pro se Plaintiff Nicholas Capous' application for

13   leave to proceed *in forma pauperis* and dismissed Plaintiff's complaint with leave to amend.

14   [Docket No. 6.]  Plaintiff timely filed an amended complaint, in which he sought to recover from

15   the Internal Revenue Service ("IRS") $150,000 in taxes that he alleges the IRS wrongfully

16   collected from him in 1988, and to challenge a June 2011 IRS tax assessment.  [Docket No. 7.]

17   On March 23, 2013, the court dismissed the amended complaint without prejudice and closed the

18   case, noting that Plaintiff had conceded that he had not satisfied the jurisdictional prerequisites to

19   filing a lawsuit and concluding that this court lacks subject matter jurisdiction.  [Docket No. 8.]

20   The court noted that Plaintiff might be able to cure this defect in his complaint at some point in the

21   future. *Id.*

22          On September 26, 2013, without seeking leave to do so, Plaintiff filed a second amended

23   complaint in which he asserted that he had cured the defect of his previous complaints.  [Docket

24   No. 10.]  On October 17, 2013, the court again dismissed the matter for lack of jurisdiction,

25   holding that Plaintiff had not yet satisfied the jurisdictional requirements necessary to bring a suit

26   in district court.  [Docket No. 11.]  In its order, the court noted that "Plaintiff is not granted further

27   leave to amend the complaint in this case.  If Plaintiff wishes to file a new complaint in the future

28   regarding these allegations, he must file a new lawsuit." *Id.* at 3.

United States District Court
Northern District of California

United States District Court
Northern District of California

1   |   On January 21, 2016, Plaintiff filed a document titled "Motion to Reconsider on Grounds

2   of New Evidence," in which he states that "the preexisting legal obstacles have now been

3   eliminated." [Docket No. 13.]  Attached to the submission is a declaration by Plaintiff dated April

4   23, 2014, a document titled "Account Transcript," and a copy of a completed IRS form titled

5   "Claim for Refund and Request for Abatement."  It is unclear how the attachments relate to his

6   previously-dismissed complaints, and Plaintiff provides no explanation or context for any of the

7   documents, and does not discuss how "the preexisting legal obstacles" have been "eliminated."

8   Accordingly, Plaintiff's "motion to reconsider" is denied.  As the court instructed Plaintiff in its

9   October 17, 2013 order, **Plaintiff must file a new lawsuit if he seeks to pursue his allegations**

10  **against the IRS.**  Plaintiff is cautioned that if he files a new complaint, it must be complete in

11  itself; he may not incorporate his prior complaints or allegations by reference.

12

13   |   **IT IS SO ORDERED.**

14  Dated: February 8, 2016



Donna M. Ryu
United States Magistrate Judge

2